# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **KAJEET, INC.,**  Plaintiff,  v.  **LUMEN TECHNOLOGIES, INC.,**  Defendant. | Case No.: 6:21-cv-705  **JURY TRIAL DEMANDED** |

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

Defendant Lumen Technologies, Inc. ("Lumen") files this Unopposed Motion for Extension of Time to Move, Answer or Otherwise Respond to Plaintiff's Original Complaint filed on July 7, 2021 (ECF No. 1). Lumen was served with the Original Complaint on July 9, 2021. On July 27, 2021, the Parties agreed to a thirty (30) day extension. The current deadline for Lumen to answer the Complaint is August 30, 2021. The Parties have met and conferred and agreed to an additional (15) day extension, making the new answer deadline September 14, 2021.

Lumen respectfully requests the Court grant this unopposed second motion and extend the deadline to move, answer or otherwise respond to the Original Complaint up to and through September 14, 2021.

Dated:  August 26, 2021

>*/s/ Kevin E. Cadwell*
>Kevin E. Cadwell
>Texas Bar No. 24036304
>kcadwell@cadwellclontsreeder.com
>David R. Clonts
>Texas Bar No. 04403700
>dclonts@cadwellclontsreeder.com
>Lisa M. Thomas
>Texas Bar No. 24079455
>lthomas@cadwellclontsreeder.com
>CADWELL CLONTS &REEDER LLP
>One Riverway, Suite 1700
>Houston, TX 77056
>Office: (713) 360-1560
>Fax: (940) 233-8587
>
>*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and copy of the above and foregoing document has been served on this the 26th day of August, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per local Rule CV-5(b)(1).

> */s/ Kevin E. Cadwell*
>Kevin E. Cadwell