**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **KAJEET, INC.,**<br><br>   Plaintiff,<br><br>   v.<br><br>**LUMEN TECHNOLOGIES, INC.,**<br><br>   Defendant. | Case No.:  6 :21-cv-705<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT'S UNOPPOSED SECOND MOTION TO EXTEND
TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO
<u>PLAINTIFF'S ORIGINAL COMPLAINT</u>**

This Court, having considered Lumen Technologies, Inc.'s Unopposed Second Motion to Extend Time to Move, Answer or Otherwise Respond to Plaintiff's Original Complaint hereby orders that the motion is GRANTED.

Lumen Technologies, Inc.'s deadline to move, answer or otherwise respond to Plaintiff's Original Complaint (ECF No. 1) is extended until September 14, 2021.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE