IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:21-cv-705 |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| LUMEN TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE DEFENDANT LUMEN TECHNOLOGIES, INC.

Plaintiff Kajeet, Inc. ("Plaintiff") makes this motion seeking the substitution of CenturyLink Communications, LLC d/b/a Lumen Technologies Group ("CenturyLink") as a Defendant in place of Defendant Lumen Technologies, Inc. ("Lumen").

1.      Plaintiff filed this action for patent infringement against Lumen on July 7, 2021.

2.      Since that time, counsel for Lumen contacted counsel for Plaintiff to explain its position that Lumen does not actually make or distribute the products that Plaintiff has accused of patent infringement.

3.      Accordingly, counsel for Plaintiff and counsel for Lumen have agreed that CenturyLink Communications, LLC, a subsidiary of Lumen, is the proper party to this litigation and should be substituted for Lumen as a defendant in the above-captioned matter so that all claims made against Lumen are made against CenturyLink Communications, LLC. Plaintiff thereby agrees to voluntarily dismiss Defendant Lumen Technologies, Inc. without prejudice.

4.      CenturyLink Communications, LLC is a limited liability company, organized under the laws of the State of Delaware, with a principal place of business in Monroe, Louisiana.

1

5.      In light of this change of Defendant, the parties hereby further agree that Defendant CenturyLink Communications, LLC's response to the complaint will be filed within 7 days after the Court's ruling on this motion.

6.      No prejudice results from substitution of this party because Lumen has not yet answered, discovery has not commenced, and no scheduling or party joinder orders are in place.

Dated:   September 14, 2021                    Respectfully submitted,


                                               /s/ Corby R. Vowell
                                               Jonathan T. Suder
                                               Michael T. Cooke
                                               Corby R. Vowell
                                               Richard A. Wojcio
                                               FRIEDMAN, SUDER & COOKE
                                               604 East 4th Street, Suite 200
                                               Fort Worth, TX 76102
                                               817-334-0400
                                               Fax: 817-334-0401
                                               jts@fsclaw.com
                                               mtc@fsclaw.com
                                               vowell@fsclaw.com
                                               wojcio@fsclaw.com

                                               **ATTORNEYS FOR KAJEET, INC.**


## CERTIFICATE OF SERVICE

        I hereby certify that on the 14th day of September, 2021, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Western District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


                                               /s/ Corby R. Vowell

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have complied with the meet and confer requirements in Local Rule CV-7(i) and this Motion is not opposed.

/s/ Corby R. Vowell