IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 6:21-cv-705 |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| LUMEN TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE
DEFENDANT LUMEN TECHNOLOGIES, INC.**

Before the Court is Plaintiff's Unopposed Motion to Substitute. Having considered the Motion, and finding that good cause exists and the relief sought is justified, it is hereby ORDERED that CenturyLink Communications, LLC d/b/a Lumen Technologies Group be substituted in place of Defendant Lumen Technologies, Inc. in the above styled and numbered cause.

Defendant Lumen Technologies, Inc. is hereby DISMISSED WITHOUT PREJUDICE from the above styled action.

Furthermore, Defendant CenturyLink Communications, LLC d/b/a Lumen Technologies Group shall answer, move, or otherwise respond within seven days of issuance of this Order.


SIGNED this _____ day of _____, 2021.


                                                                                  _____
                                                                                  ALAN D. ALBRIGHT
                                                                                  UNITED STATES DISTRICT JUDGE